CHARLES BRAUN and ALVINA BRAUN, Appellants, v. JOHN T. KIRBY, JOHN W. ASPINALL, EDNA SEELIG and SIGMUND SEELIG, Sued Herein as " SAMUEL " SEELIG, Respondents.— Appeal by plaintiffs, husband and wife, in an action for damages for personal injuries, property damage and expenses and loss of services by the husband, and for damages for personal injuries by the wife, from a judgment dismissing their complaint. The dismissal was had at the close of plaintiffs' proofs on a trial before the court and a jury. Judgment reversed on the law and new trial granted, with costs to appellants to abide the event. The plaintiffs' proofs established a case *prima facie*. Questions of fact existed for determination by the jury. Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

FRED CAPELL, Respondent, v. WHITSON GARAGE, INC., and CHARLES H. WHITSON, Appellants.— Action to recover for personal injuries sustained as the result of a collision between automobiles. Judgment of the County Court of Westchester county in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

JOSEPH J. CLARICK, as Receiver of NORTHERN NEW JERSEY NEWS CO., INC., Respondent and Appellant, v. MEYER SUSKOWITZ and Others, Defendants, and PHILIP ABES, UNIVERSAL NEWS DELIVERY CORPORATION and MILES B. GAYNOR, Sued Herein as MORRIS GINSBURG, Appellants and Respondents.— Plaintiff appeals from so much of an order as grants the motion of certain defendants to serve an amended answer, and said defendants appeal from so much of the same order as denies their motion for an examination of plaintiff before trial. Order affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

YETTA FEYNMAN, Appellant, v. JACOB S. FEYNMAN, Respondent.— Resettled order denying plaintiff's motion for summary judgment affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

LENA GILMAN, Appellant, v. P. WALKER MORRISON and Others, as Trustees under a Declaration of Trust Dated the 27th Day of March, 1936, and a Plan of Reorganization for Series B-K Mortgage Investments, Approved by an Order of the Supreme Court of the State of New York, Entered on the 19th Day of December, 1935, Respondents.— Order denying plaintiff's motion to strike out the affirmative defense pursuant to Civil Practice Rule 109, and to grant judgment on the pleadings pursuant to Civil Practice Rule 112, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.